CLOSED

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Raul Gonzalez-Castillo

Citizen of Mexico

USM#: 75270-208   DOB: 1979

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 08-15510-001M-SD

Lorna Spencer (AFPD)
Attorney for Defendant

ICE#: A95 734 457

**THE DEFENDANT ENTERED A PLEA OF** guilty on 3/24/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of SIXTY (60) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted   **FINE:** $   **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**08-15510-001M-SD**                                                                                    Page 2 of 2
*USA vs. Raul Gonzalez-Castillo*

Date of Imposition of Sentence: **Monday, March 24, 2008**

_____ Date 3/24/2008 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____            By:_____
United States Marshal                                                              Deputy Marshal
08-15510-001M-SD -

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA - Yuma    MAGISTRATE JUDGE'S MINUTES

DATE: 3/24/2008    CASE NUMBER: 08-15510-001M-SD

**PLEA/SENTENCING MINUTES**
USA vs. Raul Gonzalez-Castillo

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  Judge #: 70BK
U.S. Attorney _____  INTERPRETER REQ'D  Ricardo Gonzalez
                                       LANGUAGE: Spanish
Attorney for Defendant  Lorna Spencer (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 3/21/08       ☒ Complaint Filed            ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**   ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:   before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:**   ☒ Held  ☐ Cont'd  ☐ Reset
Set for:   before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts TWO
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐ Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 60 DAYS  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED  ☐ Fine $_____  ☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Raul GONZALEZ-Castillo
Citizen of Mexico
YOB: 1979
095734457
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15510M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I
That on or about March 21, 2008, within the Southern District of California, Defendant(s) Raul GONZALEZ-Castillo, knowing or in reckless disregard of the fact that certain alien(s), namely, IZQUIERDO, Casimiro, had come to, entered, or remained in the United States in violation of law, did transport or move or attempt to transport or move said alien(s) in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

### COUNT II
That on or about March 19, 2008, near San Ysidro, California in the Southern District of California, Defendant Raul GONZALEZ-Castillo, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

Signature of Complainant
Nicholas Francescutti
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

March 24, 2008                         at                         Yuma, Arizona
Date                                                             City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                                 Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:              Raul GONZALEZ-Castillo

Dependents:             2 Mexican

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien. **The Defendant has a total of 15 prior apprehensions by the Border Patrol.**

**CRIMINAL HISTORY:**   None Found.

Narrative:

On March 21, 2008 Agent Gonzalez, Agent Blecha, and Agent Franco were working at the 11-51 Checkpoint on California Highway 78 near Palo Verde California, when a white 1995 Chevy Corsica entered into the primary inspection lane. Agent Franco noticed that there were several occupants in the passenger compartment, and identified himself to all as a Border Patrol Agent. Agent Franco then performed an immigration check on the driver of the vehicle, GONZALEZ-Castillo, Raul, and learned that he was a citizen of Mexico without immigration documents to be in the United States legally. The vehicle was then sent to the secondary inspection area. When the vehicle pulled into secondary inspection, the truck lid popped open. Laying inside the trunk was AGUILAR-Zacarias, Miguel Angel. Agent Franco performed an immigration check on AGUILAR-Zacarias, Miguel Angel and the five (5) individuals in the passenger compartment, and discovered that all were citizens of Mexico without immigration documents to be in the United States legally. The six (6) passengers and driver, GONZALEZ-Castillo, Raul were then placed under arrest and transported to the Blythe, California Border Patrol Station for processing.

GONZALEZ-Castillo, Raul gave a statement to Border Patrol Agents saying that he was the driver of the vehicle. He stated that once they illegally crossed into the United States on foot near San Ysidro, California, they all pitched in money to purchase the vehicle that he was driving.

The passenger in the trunk of the vehicle, AGUILAR-Zacarias, Miguel Angel gave a sworn statement to Border Patrol Agents. AGUILAR stated that he was going to pay an unknown individual 1,600 United States Dollars upon arriving to his final destination in Florida. AGUILAR stated that an individual known as "El Chato" smuggled him and the rest of the group, including GONZALEZ-Castillo across the Border in California. Once arriving in the United States, AGUILAR stated that everyone in his group pitched in money to purchase the car, and that Raul GONZALEZ-Castillo was the sole driver of the car. AGUILAR stated that he voluntarily rode in the trunk of the car, but stated that he feared for his life

from the moment he climbed into the trunk, and that he was in the trunk for about four hours before being caught by the Border Patrol.

Another passenger in the vehicle, IZQUIERDO, Casimiro, is being held as a material witness against GONZALEZ-Castillo, Raul and provided Border Patrol Agents with a sworn statement. IZQUIERDO stated that he was going to pay 1,500 United States Dollars to an unknown individual upon arriving to his final destination in Los Angeles, California. IZQUIERDO stated that everyone in the group pitched in money, and Raul GONZALEZ purchased the vehicle they were traveling in. IZQUIERDO stated that Raul GONZALEZ was the driver of the car.

All six passengers in the vehicle were shown a six-pack photo line-up and were asked if they were able to identify the driver of the vehicle. All six passengers pointed to the photograph of GONZALEZ-Castillo, Raul.

GONZALEZ-Castillo, Raul last entered the United States illegally without inspection near San Ysidro, California on March 19, 2008.

Charges:   8 USC§1324       (Felony)
           8 USC§1325       (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

____March 24, 2008____
Date

_____
Signature of Judicial Officer

## Probable Cause Statement

I, Senior Patrol Agent Nicholas Francescutti, declare under penalty of perjury, the following is true and correct:

| | |
|---|---|
| Defendant: | Raul GONZALEZ-Castillo |
| Dependents: | 2 Mexican |

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien. **The Defendant has a total of 15 prior apprehensions by the Border Patrol.**

**CRIMINAL HISTORY:**   None Found.

Narrative:

On March 21, 2008 Agent Gonzalez, Agent Blecha, and Agent Franco were working at the 11-51 Checkpoint on California Highway 78 near Palo Verde California, when a white 1995 Chevy Corsica entered into the primary inspection lane. Agent Franco noticed that there were several occupants in the passenger compartment, and identified himself to all as a Border Patrol Agent. Agent Franco then performed an immigration check on the driver of the vehicle, GONZALEZ-Castillo, Raul, and learned that he was a citizen of Mexico without immigration documents to be in the United States legally. The vehicle was then sent to the secondary inspection area. When the vehicle pulled into secondary inspection, the truck lid popped open. Laying inside the trunk was AGUILAR-Zacarias, Miguel Angel. Agent Franco performed an immigration check on AGUILAR-Zacarias, Miguel Angel and the five (5) individuals in the passenger compartment, and discovered that all were citizens of Mexico without immigration documents to be in the United States legally. The six (6) passengers and driver, GONZALEZ-Castillo, Raul were then placed under arrest and transported to the Blythe, California Border Patrol Station for processing.

GONZALEZ-Castillo, Raul gave a statement to Border Patrol Agents saying that he was the driver of the vehicle. He stated that once they illegally crossed into the United States on foot near San Ysidro, California, they all pitched in money to purchase the vehicle that he was driving.

The passenger in the trunk of the vehicle, AGUILAR-Zacarias, Miguel Angel gave a sworn statement to Border Patrol Agents. AGUILAR stated that he was going to pay an unknown individual 1,600 United States Dollars upon arriving to his final destination in Florida. AGUILAR stated that an individual known as "El Chato" smuggled him and the rest of the group, including GONZALEZ-Castillo across the Border in California. Once arriving in the United States, AGUILAR stated that everyone in his group pitched in money to purchase the car, and that Raul GONZALEZ-Castillo was the sole driver of the car. AGUILAR stated that he voluntarily rode in the trunk of the car, but stated that he feared for his life from the moment he climbed into the trunk, and that he was in the trunk for about four hours before being caught by the Border Patrol.

Another passenger in the vehicle, IZQUIERDO, Casimiro, is being held as a material witness against GONZALEZ-Castillo, Raul and provided Border Patrol Agents with a sworn statement. IZQUIERDO stated that he was going to pay

1,500 United States Dollars to an unknown individual upon arriving to his final destination in Los Angeles, California. IZQUIERDO stated that everyone in the group pitched in money, and Raul GONZALEZ purchased the vehicle they were traveling in. IZQUIERDO stated that Raul GONZALEZ was the driver of the car.

All six passengers in the vehicle were shown a six-pack photo line-up and were asked if they were able to identify the driver of the vehicle. All six passengers pointed to the photograph of GONZALEZ-Castillo, Raul.

GONZALEZ-Castillo, Raul last entered the United States illegally without inspection near San Ysidro, California on March 19, 2008.

Executed on Date __March 23, 2008__          Time: __12:28 PM__

Signed: __Nicholas Lancisruth__ (signature)          Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of two page(s), I find probable cause to believe that the defendant(s) named therein committed the offenses on *March 19, 2008 and March 21, 2008* in violation of Title 8, United States Code, Section(s) *1324 and 1325*.

Finding made on: Date __March 23, 2008__   Time __11:05 pm__

Signed: _____ United States Magistrate Judge

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, Plaintiff,<br>vs.<br>Raul GONZALEZ-Castillo<br><br><br>Defendant(s), | **AFFIDAVIT** 08-15510 M-SD<br>FOR DETENTION OF MATERIAL WITNESSES<br>IZQUIERDO, Casimiro<br><br>Citizens of Mexico |

**BEFORE** __Jay R. Irwin__        325 W. 19th Street Yuma, Arizona 85364
         (U.S. Magistrate)              (Address of U. S. Magistrate)

**STATE OF ARIZONA**         )
                             : ss.
**CITY AND COUNTY OF YUMA**  )

I, Nicholas Francescutti, being duly sworn depose and state:

(1) That I have signed the complaint in the above entitled case and have investigated it and I am familiar with the facts of the case.

(2) That on or about March 21, 2008, within the Southern District of California, Defendant(s) Raul GONZALEZ-Castillo, knowing or in reckless disregard of the fact that certain alien(s), namely, IZQUIERDO, Casimiro, had come to, entered, or remained in the United States in violation of law, did transport or move or attempt to transport or move said alien(s) in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

(3) That said alien(s) is/are illegally in the United States and that therefore it is wholly impracticable if not impossible to secure his/her/their attendance before the U.S. District Court by subpoena.

(4) That the United States Attorney for the District of Arizona, or one of his assistants acting on his behalf, has requested affiant(s) to secure an order of the Magistrate to hold said person(s) as material witness(es).

WHEREFORE affiant on behalf of the government requests the Magistrate commit him/her/them to the custody of the U.S. Marshal.

_____
Affiant

Senior Patrol Agent
Title

Subscribed and sworn to before me this
24th day of March, 2008.

_____
United States Magistrate